JOHN S. BEHR, Appellant, *v.* CHASE NATIONAL BANK OF NEW YORK CITY, Respondent.

Argued May 19, 1937; decided June 1, 1937.

*Edward E. Hoenig* and *William M. Sullivan* for appellant.

*Robert H. O'Brien* and *Charles B. Collins* for respondent.
*William L. Hanaway* for *Evelyn S. Hardie et al.*, *amici curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.